IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02112 -AP

CHRISTIE N. KING,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | DAVID M. GAOUETTE |
| 3500 South Wadsworth Blvd., Suite 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Deputy Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | United States Attorney's Office |
| Attorney for Plaintiff-Appellant | District of Colorado |
| Christie N. King | kevin.traskos@usdoj.gov |
| | |
| | Thomas H. Kraus |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0017 |
| | Tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** September 3, 2009

**B. Date Complaint Was Served on U.S. Attorney's Office:** September 11, 2009

**C. Date Answer and Administrative Record Were Filed:** November 10, 2009

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. PBRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** January 13, 2010

**B. Defendant's Response Brief Due:** February 12, 2010

**C. Plaintiffs Reply Brief (If Any) Due:** February 27, 2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

    Plaintiff does not request oral argument.

**B.  Defendant's Statement:**

    Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 13th day of November, 2009.

                                                 BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

s/ Robert K. Gruber     11/12/2009
Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

s/  Thomas H. Kraus          11/12/2009
Thomas H. Kraus
Special Assistant U.S. Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Adminstration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
e-mail Tom.kraus@ssa.gov

Attorneys for Defendant